William Watt SUMMERS, Appellant, v. Nathan A. McCOY, United States Postmaster at Columbus, Ohio, Appellee.

No. 10477.

Circuit Court of Appeals, Sixth Circuit.

Oct. 21, 1947.

James N. Linton and Henry J. Linton, both of Columbus, Ohio, for appellant.

Ray J. O'Donnell, of Cincinnati, Ohio, and Loren G. Windom, of Columbus, Ohio, for appellee.

Before HICKS, McALLISTER, and MILLER, Circuit Judges.

PER CURIAM.

This appeal having been considered by the Court on the record, arguments of counsel and respective briefs; and it appearing that the order of the Postmaster General, of which the appellant complains, was fairly arrived at, has substantial evidence to support it and is not palpably wrong or arbitrary; it is ordered that the judgment of the District Court be and is affirmed. Leach v. Carlile, 258 U.S. 138, 42 S.Ct. 227, 66 L.Ed. 511; Farley v. Heininger, 70 App.D.C. 200, 105 F.2d 79.

Richard J. THOMAS v. Walter A. HUNTER, Warden, United States Penitentiary, Leavenworth, Kan.

No. 3527.

Circuit Court of Appeals, Tenth Circuit.

Sept. 12, 1947.

No appearance for appellant.

Randolph Carpenter, U. S. Atty., and Eugene W. Davis, Asst. U. S. Atty., both of Topeka, Kan., for appellee.

Before PHILLIPS, BRATTON and MURRAH, Circuit Judges.

PER CURIAM.

Judgment affirmed on authority of Thomas v. Hunter, Warden, 10 Cir., 153 F.2d 834, without written opinion.

UNITED STATES of America v. BARBOUR TRANSPORTATION COMPANY, a Corporation, Debtor.

No. 3570.

Circuit Court of Appeals, Tenth Circuit.

Sept. 18, 1947.

Robert E. Shelton, U. S. Atty., of Oklahoma City, Okl., for appellant.

J. B. Dudley, of Oklahoma City, Okl., for appellee.

Before PHILLIPS, Circuit Judge, and SYMES, District Judge.

PER CURIAM.

Docketed and dismissed per stipulation.